AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

TAYLOR MADE GOLF COMPANY, INC.,
                 Plaintiff (s),
V.
CLUB HUB, LLC; BENJAMIN HENRI BOUILLION,
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21CV1688 MMA BGS

Notice is hereby given that, subject to approval by the court, Taylor Made Golf Company, Inc. substitutes
(Party (s) Name)

Bradley Blakeley , State Bar No. 189756 as counsel of record in
(Name of New Attorney)

place of Ronald A. Clifford
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Blakeley Law Group
Address: 4533 MacArthur Blvd., Suite A, Newport Beach, California 92660-2061.
Telephone: (949) 275-4666      Facsimile
E-Mail (Optional): blakeley@blakeleylawgroup.com

I consent to the above substitution.
Date: 1/27/2022
                 (Signature of Party (s))

I consent to being substituted.
Date: 1/27/2022
                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/27/2022
                 Bradley D. Blakeley
                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 28, 2022
                 Michael M. Anello
                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]