# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR MADE GOLF COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLUB HUB LLC, et al., <br><br> Defendants. | Case No. 21-cv-1688-MMA (BGS) <br><br> **ORDER DISCHARGING OSC AND SETTING DEADLINE TO FILE STIPULATION FOR ENTRY OF JUDGMENT** |

On July 22, 2022, the Court issued an order for Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute. *See* Doc. No. 11. Plaintiff has responded in writing, explaining that the parties have settled the matter and that a stipulation for entry of judgment is forthcoming. *See* Doc. No. 12 at 2. Based upon Plaintiff's counsel's declaration, good cause appearing, the Court **DISCHARGES** the OSC. The Court **DIRECTS** Plaintiff to file a stipulation for entry of judgment, along with the supporting documents, on or before **August 12, 2022**. The Court further **DIRECTS** the Clerk of Court to terminate Plaintiff's pending motion for default judgment, Doc. No. 9.

**IT IS SO ORDERED**.

Dated: August 5, 2022

HON. MICHAEL M. ANELLO
United States District Judge